# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFREDO RAIGOSA ARREDONDO,<br><br>    Petitioner,<br><br>v.<br><br>JAMES TILTON, Director,<br><br>    Respondent. | No. CV 07-6587-DSF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 7/12/10

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE